SCWC-11-0000444

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
solely as nominee, Respondent/Plaintiff-Appellee,

vs.

SHARON KEHAULANI WISE and BLOSSOM ILIMA NIHIPALI,
Petitioners/Defendants-Appellants,

and

EWA BY GENTRY COMMUNITY ASSOCIATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000444; CIVIL NO. 09-1-1064)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ., and
Circuit Judge Nishimura, in place of Recktenwald, C.J., recused)

The Application for Writ of Certiorari filed on March 4, 2013 by Petitioners/Defendants-Appellants Sharon Kehaulani Wise and Blossom Ilima Nihipali is hereby accepted and will be

scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, April 10, 2013.

Gary Victor Dubin,
Frederick J. Arensmeyer,
and Zeina Jafar,
for petitioners

David B. Rosen,
David E. McAllister,
for respondent

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Rhonda A. Nishimura

